GRAND FURNTURE
1305 BAKER RD
VIRIGNIA BEACH, VA 23455
757-233-2343

February 12, 2013

Grand Furniture would like to withdraw claim 5-1. On January 7, 2013 we filed a claim and this document was entered in error to the wrong case. Please withdraw this document as the correct claim has been filed.

Sincerely,

/s/ Letoysia Johnson
Bankruptcy Department